**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 4, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00018-CV

---

### DANIEL E. SUPKINS, JR., M.D., Appellant

### V.

### THE METHODIST HOSPITAL, Appellee

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-06189**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 23, 2013. On January 28, 2014, the parties filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby and Donovan.